**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: May 20, 2024<br>Docket #: 23-1065cv<br>Short Title: Corsini v. City of New York | DC Docket #: 20-cv-5459<br>DC Court: EDNY (BROOKLYN)<br>DC Judge: Henry<br>DC Judge: Gonzalez |

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8522.